UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY LAMAR CARD,<br><br>                Plaintiff,<br><br>   v.<br><br>LUKE HILLMAN, *et al.*,<br><br>                Defendants. | CASE NO. 3:24-cv-05764-DGE<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Magistrate Judge Grady J. Leupold. (Dkt. No. 8.) The Court having considered the R&R and the remaining record *de novo*, and no objections having been filed, does hereby find and order as follows:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is **DISMISSED** without prejudice for failure to prosecute and Plaintiff's *In Forma Pauperis* application (Dkt. No. 1) is **DENIED** as moot.

(3)    The Clerk shall enter **JUDGMENT** and close this case. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Grady J. Leupold.

**DATED** this 5th day of December, 2024.

DAVID G. ESTUDILLO
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1